No. 35, Orig. UNITED STATES *v.* MAINE ET AL. Motions for the appointment of a Special Master granted. It is ordered that Honorable Albert B. Maris, Senior Judge of the United States Court of Appeals for the Third Circuit, be, and he is hereby, appointed Special Master in this case with authority to fix the time and conditions for the filing of additional pleadings and to direct subsequent proceedings, and with authority to summon witnesses, issue subpoenas, and take such evidence as may be introduced and such as he may deem it necessary to call for. The Master is directed to submit such reports as he may deem appropriate.

The Master shall be allowed his actual expenses. The allowances to him, the compensation paid to his technical, stenographic, and clerical assistants, the cost of printing his report, and all other proper expenses shall be charged against and be borne by the parties in such proportion as the Court hereafter may direct.

It is further ordered that if the position of Special Master in this case becomes vacant during a recess of Court, THE CHIEF JUSTICE shall have authority to make a new designation which shall have the same effect as if originally made by the Court herein.

MR. JUSTICE DOUGLAS took no part in the consideration or decision of these motions.

[For earlier order herein, see 395 U. S. 955.]

No. 900. UNITED STATES *v.* FANCHER. Appeal from D. C. S. D. [Probable jurisdiction noted, 397 U. S. 985.] Motion of appellee for leave to proceed *in forma pauperis* granted. Motion of appellee for appointment of counsel granted. It is ordered that *Donald R. Shultz, Esquire,* of Rapid City, South Dakota, be, and he is hereby, appointed to serve as counsel for appellee in this case.